1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS O'HAGAN,

                Petitioner,

   v.

WASHINGTON STATE,

                Respondent.

CASE NO. C14-5123 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 1) is **DENIED without prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 25th day of March, 2014.

                                            BENJAMIN H. SETTLE
                                            United States District Judge